# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JHAKOBY JENNINGS　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #135085

v.　　　　　　　　　No. 4:17-cv-95-DPM-JTK

HAROLD BARBEE, Jailer, Pulaski
County Jail; HUFF, Jailer, Pulaski
County Jail; BANGS, Jailer, Pulaski
County Jail; SANDERS, Female Jailer,
Pulaski County Jail; and
MARY S. MCGOWAN, Honorable　　　　　　　　　　　DEFENDANTS

## ORDER

**1.** Some mail to Jennings has been returned undelivered. *№ 8-9 & 13-14.* But a copy of the Court's 22 March 2017 Order was mailed to Jennings's updated address; and there's no indication it has been returned.

**2.** The Court must screen Jennings's complaint. 28 U.S.C. § 1915A. Jennings hasn't submitted an amended complaint with specifics about his inadequate medical care claim against Barbee, Huff, Bangs, and Sanders; and the time to do so has passed. *№ 12.* That claim is therefore dismissed without prejudice for failure to state a claim. Further, Judge McGowan enjoys absolute immunity for actions taken in her role as a judge. *Robinson v. Freeze,*

15 F.3d 107, 108 (8th Cir. 1994). Jennings's claim against her is therefore dismissed with prejudice for failure to state a claim.

**3.** The 22 March 2017 Order requesting more details did not address excessive force. Though Jennings's complaint is thin, it states an excessive force claim against Bangs and Sanders sufficient to pass screening. № 1 *at 3 & 5*. The Court therefore returns this case to the Magistrate Judge for further proceedings on Jennings's excessive force claim against Bangs and Sanders.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017