# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JHAKOBY JENNINGS
ADC #135085                                                              PLAINTIFF

v.                              No. 4:17-cv-95-DPM

JASON BANGS, Jailer, Pulaski County
Jail; and MISTY SANDERS, Female Jailer,
Pulaski County Jail                                                      DEFENDANTS

## ORDER

Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 26, granted. Jennings's remaining claims will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 April 2018