# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JHAKOBY JENNINGS
ADC #135085                                                              PLAINTIFF

v.                              No. 4:17-cv-95-DPM

HAROLD BARBEE, Jailer, Pulaski
County Jail; HUFF, Jailer, Pulaski
County Jail; JASON BANGS, Jailer,
Pulaski County Jail; MISTY SANDERS,
Female Jailer, Pulaski County Jail; and
MARY S. McGOWAN, Honorable                                               DEFENDANTS

## JUDGMENT

Jennings's claims against Judge McGowan are dismissed with prejudice.

All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2018